**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MICHAEL WILLIAMS, a/k/a
Darren D. Franklin,

Petitioner,

v.

JAMES H. BURTON,

Respondent.

Civil 00-1320 (JRT/RLE)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS HEREBY ORDERED**:

1. That the Petition for a Writ of Habeas Corpus [Docket Nos. 1 & 7] is summarily **DISMISSED**.

2. That the Petitioner's Motion for Appointment of Counsel [Docket No. 2] is **DENIED**, as moot.

3. That the Petitioner's Motion for Appointment of Counsel and for a handwritten copy of the Appellant's brief [Docket No. 14] is **DENIED**, as moot.

4. That the Petitioner's Motion for an Order requiring the Respondent's to provide a complete transcript and evidence [Docket No. 15] is **DENIED**, as moot.

Dated: March 8, 2001
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

MAR 0 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:** March 8, 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.