# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Williams a/k/a
Darren D. Franklin

Case No. Civil 00-1320 JRT/RLE

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

James H. Bruton

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is summarily dismissed. That the Petitioner's motion for appointment of counsel is denied, as moot. That the petitioner's motion for appointment of counsel and for a handwritten copy of the Appellant's brief is denied as moot. That the Petitioner's motion for an order requiring the Respondent's to provide a complete transcript and evidence is denied, as moot.

DATE: March 8, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk