**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MICHAEL WILLIAMS,
Petitioner,

v.

JAMES BURTON,
Respondent.

Civil No. 00-1320 (JRT/RLE)

**ORDER**

---

Michael Williams, Minnesota Correctional Facility, Box B, St. Cloud, MN 56302, *Pro se* petitioner.

Gayle C. Hendley, OFFICE OF THE HENNEPIN COUNTY ATTORNEY, C-2000 Government Center, 300 Sixth Street, Minneapolis, MN 55487, for respondent.

This matter is before the Court on petitioner's application to proceed in forma pauperis on appeal filed April 9, 2001. On July 20, 2000, Magistrate Judge Raymond L. Erickson Granted petitioner's application to proceed in forma pauperis. Therefore, petitioner is not required to request the court's permission to proceed in forma pauperis on appeal.

Based upon petitioner's application, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's application to proceed in forma pauperis [Docket No. 25] is **MOOT**.

DATED: June 22, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
CLERK