**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MICHAEL WILLIAMS, Civil No. 00-1320 (JRT/RLE)

Plaintiff,

v. **ORDER OF RECUSAL**

JAMES BRUTON, Warden,

Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 30, 2002, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: October 9, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

OCT 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Michael Williams

vs. 00-1320DSD/RLE

James Bruton, Warden

Pursuant to an Order of Recusal signed by Judge Tunheim, the above-entitled matter has been re-assigned to Judge David S. Doty. Please note the change in judge initials above and refer to them when submitting materials to the court. Please also note that the Magistrate Judge remains the same.