UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1320(DSD/RLE)

Michael Williams,

Petitioner,

v.

**ORDER**

James Bruton, sued as
James H. Bruton, Warden,

Respondent.

This matter is before the court upon petitioner's appeal of Magistrate Judge Raymond L. Erickson's December 5, 2002 order denying petitioner's motion for appointment of counsel. Based on a review of the file and record herein, the court finds that Magistrate Judge Erickson's order is neither clearly erroneous nor contrary to law. 28 U.S.C. 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of the magistrate judge dated December 5, 2002, is affirmed in all respects.

Dated: January 28, 2003

David S. Doty, Judge
United States District Court

FILED 1-29-03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______