UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Michael Williams,

Petitioner,

vs. ADDENDUM

James Bruton, Sued as
James H. Burton, Warden,

Respondent. Civ. No. 00-1320 (DSD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of June, 2003.

* * *

On June 24, 2003, we issued a Report and Recommendation in which we recommended that the Petitioner's Petition for Writ of Habeas Corpus be dismissed with prejudice. Therein, we cited to Sweeney v. Parke, 113 F.3d 716 (7th Cir. 1997), as persuasive authority, for the proposition that the "'contrary to' clause was to be used in cases addressing pure questions of law, whereas the 'unreasonable application' clause addressed mixed questions of fact and law." See, Docket No. 44. Subsequent to our issuance of the Report and Recommendation, we realized that our citation to this opinion contained a misspelling, as we cited the opinion as "Sweeneyt v. Parke." We also discovered that the opinion in Sweeney was overruled on October 24, 2002, but on other grounds

FILED JUN
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

than the proposition for which we cited the opinion. See, Wood v. Hanks, 2002 WL 31408896 (7th Cir., October 24, 2002). Consequently, we strike the citation to "Sweeneyt v. Parke, 113 F.3d 716, 718 (7th Cir. 1997)," which is contained in our Report and Recommendation. See, Docket No. 44, at 22.

Further, the proposition for which we cited Sweeney is well supported by the law of this Circuit and, as such, we did not rely on the Seventh Circuit's holding in Sweeney in recommending that the Petitioner's Petition for Writ of Habeas Corpus be dismissed with prejudice. See e.g., Evans v. Rogerson, 223 F.3d 869, 872 (8th Cir. 2000)(the "in custody" determination for Miranda purposes is a mixed question of law and fact that is properly reviewed under the "unreasonable application clause of §2254(d)(1)"). Thus, our inclusion of Sweeney in our Report and Recommendation bears no weight on our ultimate recommendation that the Petitioner's Petition for Writ of Habeas Corpus be dismissed with prejudice.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE