UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1320(DSD/RLE)

Michael Williams,

Petitioner,

v. **ORDER**

James H. Bruton,
Warden,

Respondent.

This matter is before the court upon petitioner's motion for enlargement of time to file objections to the report and recommendation of Magistrate Judge Raymond L. Erickson, dated June 24, 2003.

Pursuant to Fed. R. Civ. P. 6(b) and D. Minn. LR 72.1(c)(2), **IT IS HEREBY ORDERED** that petitioner shall have thirty days from the date of this order to file objections to the report and recommendation of the magistrate judge.

Dated: July 18, 2003

David S. Doty, Judge
United States District Court

FILED JUL 21 2003
Richard D. Sletten, CLERK
Judgment Entd. ______
Deputy Clerk's Initials ______