AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Michael Williams,

V.

James H. Bruton, sued as James H. Briton, Warden,

## JUDGMENT IN A CIVIL CASE

Case Number: 00-1320 DSD/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner's petition for writ of habeas corpus is denied. Petitioner's motion to supplement objection is denied as moot. The case is dismissed with prejudice.

November 7, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Heather Labat, Deputy Clerk

Modified:03/10/03