00-1320 DSD/RLE
1787744

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
JUL 14 2004
MICHAEL GANS
CLERK OF COURT

No. 04-1111

| | | |
|---|---|---|
| Michael Williams, also known as Darren D. Franklin, | * | |
| Appellant. | * | Appeal from the United States District Court for the District of Minnesota |
| v. | * | |
| James H. Burton, Warden | * | |
| Appellee. | * | |

Before BYE, McMILLIAN, MELLOY, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

July 14, 2004

Order Entered at the Direction of the Court:

Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit

TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
AUG 16 2004
U.S. DISTRICT COURT MPLS

2004 | 1320 DSD/RLE

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 12, 2004

RECEIVED BY U.S. MAIL
2004 AUG 16 AM 9:32
CLERK, U.S. DIST COURT MINNEAPOLIS, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-1111 Michael Williams vs. James H. Bruton

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

cmd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable David S. Doty
Michael Williams
Amy Jean Klobuchar
Thomas R. Ragatz

District Court/Agency Case Number(s): CIV 00-1320 DSD/RLE